FILED
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

mate Identification Number: _285607_

_Alfred P. Montgomery_

nter above the full name(s) of the plaintiff(s)
this action)

vs.

_The Honorable Phil Seay,_
_Richard Minor- District Attorney for_
_St. Clair County, Alabama,_
_Luther Strange, Attorney General, State of Alabama_

nter above full name(s) of the defendant(s)
this action)

CV-16-P-0868-S

**NOTICE TO FILING PARTY**

It is your responsibility to notify the clerk in writing of any address change. Failure to notify the clerk may result in dismissal of your case without further notice.

Previous lawsuits

A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( ✓ )    No (   )

B. If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

   Plaintiff(s): _Alfred P. Montgomery_

   Defendant(s): _Fondren, et al._

2. Court (if Federal Court, name the district; if State Court, name the county) _Northern District of Alabama, Southern Division_

3. Docket number _2:12-cv-02455-RBP-JEO_

4. Name of judge to whom case was assigned _John E. Ott_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _Dismissed - I did not pursue action after returning to Israel_

6. Approximate date of filing lawsuit _July, 2012_

7. Approximate date of disposition _Oct. 15, 2013_

Place of present confinement _Easterling Correctional Facility 200 Wallace Drive Clio, Alabama 36017_

A. Is there a prisoner grievance procedure in this institution?
Yes (✓)     No ( )

Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( )     No (✓)

C. If your answer is YES:

1. What steps did you take? _____

2. What was the result? _____

D. If your answer is NO, explain why not? _Issues for review are not achievable at the institutional level. Must be addressed by this Court._

2

Parties

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) Alfred P. Montgomery - #285607

Address Easterling Correctional Facility
200 Wallace Drive   Clio, Alabama  36017

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Honorable Phil Seay

is employed as Circuit Judge of St. Clair county, Alabama

at 100 6th Avenue Room 400   Ashville, Alabama

C. Additional Defendants Richard Minor, District Attorney, St. Clair county, Alabama
Courthouse, 1815 Cogswell Avenue, Ste 221   Pell City, Alabama  35125
Luther Strange, Attorney General, State of Alabama
501 Washington Avenue   Montgomery, Alabama  36130

Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

Plaintiff is suffering due to illegal incarceration in violation of Equal Protection as an indigent probationer. Diligent with efforts to effect payment of court ordered monies, plaintiff was incarcerated for nonpayment. Plaintiff claims injury due to incarceration. I have extensively researched

3

this and for sake of brevity, have not included some here but will be happy to do so. Repeated requests to avoid incarceration and be allowed to pay court ordered monies have been ignored or denied. The FACT is, plaintiff is at personal risk in a Level 4 prison as a nonviolent offender with purely technical violations of probation that were not contumacious. I thought debtor's prisons disappeared...

RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

File Preliminary Injunction to conform to law and procedures to be followed in a recent case in U.S. Middle District with a similar situation involving indigents - in the Cleveland case of Nov. 17th, 2014, these structures and processes need to be in place to keep a truly indigent person from being incarcerated due to nonpayment of costs, fines or restitution.

*I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 24th, 2016 at Clio, Alabama.

Alfred P. Montgomery #285607
Easterling Correctional Facility
200 Wallace Drive
Clio, Alabama 36017

Alfred P. Montgomery
Signature(s)
#285607