# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **ALFRED P. MONTGOMERY,** | } |
| Plaintiff, | } |
| v. | } Case No.: 2:16-cv-00868-RDP-JEO |
| **THE HONORABLE PHIL SEAY, et al.,** | } |
| Defendants. | } |

## MEMORANDUM OPINION

On May 10, 2018, the Magistrate Judge's Report and Recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the Magistrate Judge. No objections were filed.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court hereby **ADOPTS** the Report of the Magistrate Judge. The court further **ACCEPTS** the recommendation of the Magistrate Judge that Plaintiff's Complaint be dismissed without prejudice as moot.

A separate order in accordance with the Memorandum Opinion will be entered.

**DONE** and **ORDERED** this May 29, 2018.

                                                                 **R. DAVID PROCTOR**
                                                                 UNITED STATES DISTRICT JUDGE